**FISHER & PHILLIPS LLP**
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
FAX: (702) 252-7411
akheel@fisherphillips.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AUNI HARARI, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>CORE-MARK HOLDING COMPANY, a Foreign Corporation, DOES I-X; ROE CORPORATIONS I-X,<br><br>Defendants. | Case No.: 2:18-cv-00121-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant will have an extension of time up to and including **March 19, 2018** to answer or otherwise respond to Plaintiff's Complaint [ECF No. 1] on file herein.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

FPDOCS 33790945.1

- 1 -

This is the first request for an extension of time to respond to the Complaint. Defense counsel requires additional time to review and evaluate the case.

| HKM EMPLOYMENT ATTORNEYS LLP | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ *Jenny L. Foley, Ph.D., Esq.*<br>Jenny L. Foley, Ph.D., Esq.<br>1785 E. Sahara Ave., Suite 325<br>Las Vegas, NV 89104<br>Attorneys for Plaintiff | By: /s/ *Allison L Kheel, Esq.*<br>Allison L. Kheel, Esq.<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, NV 89101<br>Attorneys for Defendant |

IT IS SO ORDERED:

_____

UNITED STATES MAGISTRATE JUDGE

Dated: 2-26-2018