**FISHER & PHILLIPS LLP**
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
ALLISON L. KHEEL, ESQ.
Nevada Bar No. 12986
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
FAX: (702) 252-7411
akheel@fisherphillips.com

JOEL W. RICE (PRO HAC VICE)
**FISHER & PHILLIPS LLP**
10 S. Wacker Drive, Suite 3450
Chicago, IL 60606
Telephone: (312) 346-8061
jrice@fisherphillips.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AUNI HARARI, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>CORE-MARK INTERNATIONAL, INC., a Foreign Corporation, DOES I-X; ROE CORPORATIONS I-X,<br><br>Defendants. | Case No.: 2:18-cv-00121-GMN-VCF<br><br>**STIPULATION FOR DIMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Auni Harari and Defendant Core-Mark International, Inc., hereby stipulate and agree, subject to the approval and Order of the Court, that this matter be dismissed with prejudice,

/ / /

/ / /

/ / /

- 1 -

FPDOCS 34128463.1

with each party to bear their own costs and attorney's fees.

Respectfully submitted this the 6th day of June, 2018.

| | |
|---|---|
| HKM EMPLOYMENT ATTORNEYS LLP | FISHER & PHILLIPS LLP |
| By: /s/ *Jenny L. Foley, Ph.D., Esq.*<br>Jenny L. Foley, Ph.D., Esq.<br>1785 E. Sahara Ave., Suite 325<br>Las Vegas, NV 89104<br>Attorneys for Plaintiff | By: /s/ *Allison L Kheel, Esq.*<br>Allison L. Kheel, Esq.<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, NV 89101<br><br>JOEL W. RICE (PRO HAC VICE)<br>**FISHER & PHILLIPS LLP**<br>10 S. Wacker Drive, Suite 3450<br>Chicago, IL 60606<br>Telephone: (312) 346-8061<br>jrice@fisherphillips.com<br><br>Attorneys for Defendant |

ORDER

Based on the parties' stipulation, (ECF No. 21), and for good cause appearing, IT IS SO ORDERED.

DATED this 20 day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE